UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Valerie Jean Nadon, | ) | Civil Action No.: 8:14-cv-03420-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On January 21, 2016, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act,[1] asserting the position taken by Defendant in this action was not substantially justified and requesting attorney's fees in the amount of $7,951.27. *See* ECF No. 24. On January 28, 2016, the parties filed a joint stipulation wherein they agreed to an award of attorney's fees in the amount of $7,000.00. *See* ECF No. 25. The joint stipulation provides that the fees awarded should be paid to the claimant, not her attorney, and would be subject to the Treasury Offset Program[2] if the claimant owes an outstanding debt to the federal government. *See id.*

After careful consideration, the Court **ORDERS** Defendant to pay attorney's fees in the amount of $7,000.00, subject to the Treasury Offset Program provision in the parties' joint stipulation. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the payment shall be made payable to the claimant and mailed to her attorney, with a copy sent to the claimant.

**IT IS SO ORDERED.**

---

[1] 28 U.S.C. § 2412(d).

[2] 31 U.S.C. § 3716.

                                                  <u>s/ R. Bryan Harwell</u>

January 28, 2016                                   R. Bryan Harwell

Florence, South Carolina                   United States District Judge